# UNITED STATES DISTRICT COURT

<u>NORTHERN</u> DISTRICT OF <u>ILLINOIS, EASTERN DIVISION</u>

UNITED STATES OF AMERICA

v.

MICHELLE S. BUJAK

**FILED**

FEB 1 8 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**MAGISTRATE JUDGE VALDEZ**

CRIMINAL COMPLAINT

CASE NUMBER:

**08CR 0141**

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief.

On or about <u>January 30, 2008,</u> in <u>Cook County</u>, in the <u>Northern District of Illinois, Eastern Division</u>, defendant did,

>   by force and violence, and by intimidation, take from the person and presence of a bank employee approximately $6,040 in United States currency belonging to and in the care, custody, control, management, and possession of TCF Bank, 1 West Devon Avenue, Park Ridge, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation,

in violation of Title 18, United States Code, Sections 2113(a) and 2(a).

I further state that I am <u>a Special Agent with the Federal Bureau of Investigation</u> and that this complaint is based on the following facts:

>   See attached affidavit.

Continued on the attached sheet and made a part hereof: _X_ Yes ___ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

February 18, 2008                     at    Chicago, Illinois
Date                                         City and State


Maria Valdez, U.S. Magistrate Judge          _____
Name & Title of Judicial Officer              Signature of Judicial Officer

STATE OF ILLINOIS    )
                     )
COUNTY OF COOK       )

## AFFIDAVIT

I, Sean K. Carr, being duly sworn, do hereby state and depose as follows:

1.      I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been so employed for approximately four years and eleven months. I am currently assigned to the violent crimes squad of the FBI's Rolling Meadows office, North Resident Agency. My duties include the investigation of bank robberies and other violent crimes.

2.      This affidavit is in support of a complaint charging MICHELLE S. BUJAK with bank robbery in violation of Title 18 U.S.C. Sections 2113(a) and 2(a). I make this affidavit based upon my personal knowledge, my participation in this investigation, reports I have read, and conversations I have had with others who have personal knowledge of the events and circumstances described herein. The information outlined below is provided for the limited purpose of establishing probable cause and does not contain all details or all facts of which I am aware relating to this investigation.

### January 30, 2008 Robbery of TCF Bank

3.      According to Teller A, who was working at TCF Bank, 1 West Devon Avenue, Park Ridge, Illinois, on January 30, 2008, at approximately 4:15 p.m., she observed a white male, approximately 6' or 6'1" in height, around 40 years of age, with a medium build, a slim face with pimples or a mole, rotten-looking teeth, a pointy nose, and brown hair, wearing a baseball-style cap and a red-and-dark-colored checked jacket over a garment with a grey hood, standing in line at her teller station. Teller A was counting cash at the time.

4.      The man told Teller A that she should give him the cash that she was counting,

and he presented her with a note on orange or brown construction paper. Teller A saw that the note, which the man had produced from a manilla envelope, had the word "gun" written on it, along with other words that Teller A saw but did not focus upon. The man told Teller A to "hurry up" and that "this is not a joke" and that Teller A should not put a dye pack in with the money. Teller A gave the man approximately $6,040 in United States currency, in the form of 100-dollar bills and 20-dollar bills. The man took the currency from Teller A, flipped through the currency, put the currency and his note into the manilla envelope, and walked out of the bank.

5. I have reviewed surveillance footage from TCF Bank from around the time of the robbery. The surveillance footage from around the time of the robbery shows a man matching the robber's description given by bank employees exiting the passenger side of a van, entering the bank, and returning to the passenger side of the van. The van appears to be a two-tone-colored van, possibly an older model Plymouth or Dodge Caravan.

6. I have reviewed the Illinois Secretary of State records showing that MICHELLE S. BUJAK and KEVIN JAMES BUJAK are the registered owners of a 1993 Dodge Caravan, with two tones of green and Illinois license X605258. This van matches the images of the van I saw on the surveillance footage from the January 30, 2008 bank robbery.

7. On February 16, 2008, I met with KEVIN JAMES BUJAK after he was arrested by the Chicago Police Department. KEVIN JAMES BUJAK's physical appearance matches the description of the robber provided by Teller A. I read KEVIN JAMES BUJAK his *Miranda* rights. He acknowledged his rights and signed a waiver form. During the subsequent interview, KEVIN JAMES BUJAK confessed to robbing the TCF Bank located at 1 West Devon Avenue, Park Ridge, Illinois on January 30, 2008. He also said that his wife, MICHELLE S. BUJAK, had assisted him in the robbery by driving him away from the TCF Bank after he went inside the

bank to rob it.

8. On February 16, 2008, I met with MICHELLE S. BUJAK after she was arrested by the Chicago Police Department. I read MICHELLE S. BUJAK her *Miranda* rights. She acknowledged her rights and signed a waiver form. During the subsequent interview, MICHELLE S. BUJAK confessed to assisting her husband, KEVIN JAMES BUJAK, in robbing the TCF Bank located at 1 West Devon Avenue, Park Ridge, Illinois on January 30, 2008. She said that she and KEVIN JAMES BUJAK went to the bank in their van and that she stayed in the van while he exited the van, entered the bank, and robbed the bank. She said that she picked her husband up after he exited the bank with the robbery proceeds. She said that she drove the van a few blocks away from the bank and then stopped the van so that he could take over as the driver.

## FDIC Insured Status of TCF Bank

9. Based on a Federal Deposit Insurance Corporation ("FDIC") certificate received from TCF Bank, on January 30, 2008, at the time of the robbery, the FDIC insured the deposits of the TCF Bank located at 1 West Devon Avenue, Park Ridge, Illinois.

## Conclusion

10. Based on the facts set forth above, I believe there exists probable cause to believe that MICHELLE S. BUJAK robbed, and aided and abetted the robbery of, the TCF Bank located at 1 West Devon Avenue in Park Ridge, Illinois, on or about January 30, 2008, in violation of Title 18 U.S.C. Sections 2113(a) and 2(a).

Further Affiant sayeth not,

Sean K. Carr
Special Agent
Federal Bureau of Investigation

SUBSCRIBED AND SWORN TO BEFORE ME
this 18th day of February, 2008.

Hon. Maria Valdez
UNITED STATES MAGISTRATE JUDGE