## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Maria Valdez | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 141 | **DATE** | 2/21/2008 |
| **CASE TITLE** | USA vs. Michelle S. Bujak | | |

**DOCKET ENTRY TEXT**

Detention hearing held on 2/21/2008 as to Michelle S. Bujak. Oral argument heard in open court. For the reasons stated in open Court, Government's oral motion to detain defendant pending trial is denied. Defendant shall be released after processing to the custody of Gateway Facility. Bond hearing set for 2/25/08 at 1:30 p.m. Third Party Custodian is ordered to appear by phone. Ms. Laura Pearson is ordered to appear for bond hearing. Defendant waives her right to preliminary examination. The court finds probable cause and orders the defendant bound to the District Court for further proceedings.

■ [ For further detail see separate order(s).]                                         Docketing to mail notices.

00:20

| | Courtroom Deputy Initials: | yp |
|---|---|---|