UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**F I L E D**

JUN 2 0 2008  TC

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| | ) |
| v. | )  No. 08 CR 141 |
| | ) |
| MICHELLE BUJAK | )  Judge Maria Valdez |
| | ) |
| | ) |

### FORFEITURE AGREEMENT

Pursuant to the Pretrial Release Order entered in the above-named case on February 21, 2008, and for and in consideration of bond being set by the Court for defendant Michelle Bujak in the above-captioned case, the below-signed hereby warrant and agree as follows:

1. That Michael S. Pearson and Laura B. Pearson hold joint tenancy in fee simple title to certain real property commonly known as 10542 Tripp, Midlothian, Illinois 60445, and described legally as follows:

> LOT 8 IN WELTER'S RESUBDIVISION, BEING A RESUBDIVISION OF LOTS 5 THROUGH 8 INCLUSIVE IN BLOCK 22 IN MIDLOTHIAN GARDENS SUBDIVISION, A SUBDIVISION IN SECTION 10, TOWNSHIP 36 NORTH, RANGE 13, EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS.

Permanent Real Estate Index Number: 28-10-415-041-0000

2. The property is worth over $230,000. The subject property is subject to a mortgage worth approximately $171,166.

3. All parties agree that, in the event defendant Michelle Bujak is found to have willfully failed to appear for Court or for service of any sentence imposed in this case, Michael and Laurie

Pearson's equitable interest in the above-described real property, shall be forfeited to the United States of America as needed in order to satisfy the bond in this case. Michelle Bujak will receive a copy of the Court's release order and understand its terms and conditions. Further, the sureties understands that the only notice they will receive is notice of court proceedings.

4. The Parties further agree that the United States shall file and record a copy of this Forfeiture Agreement with the Cook County Recorder of Deeds as notice of encumbrance in the amount of the bond.

5. Michael S. Pearson and Laurie B. Pearson have executed a quitclaim deed in favor of the United States of America, waiving any homestead exemption, and this deed shall be held by the Clerk of the United States District Court, Northern District of Illinois, Eastern Division, for safekeeping until further order of the Court. All parties understand that if defendant Bujak fails to appear for Court or service of sentence as directed, the United States will obtain an order from the Court authorizing the United States to file and record the above-described deed, and to take whatever other action that may be necessary to perfect its interest in the above-described real property and satisfy the obligation arising from a breach of the bond.

6. Michael S. Pearson and Laurie B. Pearson further agree that they will maintain the subject property in good repair, pay all taxes, continue to pay any pre-existing mortgages, and obligations thereon when due, and will take no action which could encumber the real property or diminish their interest therein, including any effort to sell or otherwise convey the property without leave of Court.

7. Michael S. Pearson and Laurie B. Pearson further understand that if they have knowingly made or submitted or caused to be made or submitted any false, fraudulent or misleading

statement or document in connection with this Forfeiture Agreement, or in connection with the bond set for defendant Bujak, they are subject to felony prosecution for making false statements and making a false declaration under penalty of perjury.

8. Michael S. Pearson and Laurie B. Pearson hereby declare under penalty of perjury that they have read the foregoing Forfeiture Agreement in its entirety, and the information contained herein is true and correct. Failure to comply with any term or condition of this agreement will be considered a violation of the release order authorizing the United States to request that the bond posted for the release of the defendants be revoked.

Date: 2/25/08

_____
SURETY

Date: 2/25/08

_____
SURETY

Date: 2-25-08

_____
Witness

Sworn to and subscribed before me this 25th day of February, 2008.

_____
NOTARY PUBLIC

OFFICIAL SEAL
ISABEL ANTUNEZ
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:03/10/11

3